*In re* **MILLER**, Stephen Lee (MR 21100)
Lincoln, IL

704

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Stephen Lee Miller is censured.